RECEIVED
NOV 29 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MAMADOU JOBE, Petitioner | CIVIL ACTION NO. 1:18-CV-917-P |
| VERSUS | JUDGE DEE D. DRELL |
| JEFFERSON SESSIONS, III, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 8), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the § 2241 petition is DISMISSED without prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 28th day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE